IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


RICHARD NEELY,
MICHAEL O. CALLAGHAN, and
NEELY AND CALLAGHAN, a West
Virginia Partnership,

      Plaintiffs,

v.                                   CIVIL ACTION NO. 2:09-00202

IDEARC MEDIA CORP., a Delaware
Corporation, and
ALLIED INTERSTATE, INC., a
Minnesota Corporation,

      Defendants.


<u>ORDER</u>

      Pursuant to the automatic stay provision of the bankruptcy code, the court hereby **ORDERS** that all proceedings in this case be stayed until resolution of the bankruptcy claim of defendant Idearc Media.  (<u>See</u> Doc. No. 17.)  The Clerk is directed to remove this case from the active docket of the court until further notice.  The parties are to notify the court upon conclusion of the bankruptcy proceedings.

      The Clerk is directed to send copies of this Order to counsel of record.

      **IT IS SO ORDERED** this 14th day of April, 2009.

ENTER:

David A. Faber
Senior United States District Judge